THE STATE EX REL. BRAGG, APPELLANT, *v.* CUSTODIAN
OF RECORDS, CUYAHOGA COUNTY, APPELLEE.

[Cite as *State ex rel. Bragg v. Custodian of Records,
Cuyahoga Cty.* (1992), 65 Ohio St.3d 319.]

(No. 92-1451—Submitted October 13, 1992—Decided December 14, 1992.)

*John T. Bragg, pro se.*

*Danny R. Williams,* Director of Law, and *Pamela A. Pfleger Walker,* Assistant Director of Law, for appellee.

The judgment of the court of appeals is affirmed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.